Gregory D. Phillips (USBN 4645)
Jared L. Cherry (USBN *11534*)
Phillips Winchester
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Tel: (801) 935-49*32*
gdp@phillipswinchester.com
jlc@phillipswinchester.com

*Attorneys for Plaintiff*

## IN THE UNITIED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MEDICAL PRIORITY CONSULTANTS, INC. dba PRIORITY DISPATCH CORP., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>RADIOREFERENCE.COM, LLC, a Texas limited liability company, and LINDSAY BLANTON, an individual,<br><br>Defendant. | NOTICE OF DISMISSAL WITH PREJUDICE<br><br>Case No. 2:22-cv-00594-CMR<br><br>Judge Cecilia M. Romero |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Medical Priority Consultants dba Priority Dispatch Corp. hereby dismisses the above-captioned action with prejudice, each party to bear its own attorneys' fees and costs inasmuch as the parties have resolved their differences by a Confidential Settlement Agreement. Defendants have not yet served either an answer or motion for summary judgment.

Dated:  March 23, 2023

    Respectfully submitted,

    GREGORY D. PHILLIPS
    JARED L. CHERRY
    **PHILLIPS WINCHESTER**

    By:  /s/ Gregory D. Phillips
        *Attorneys for Plaintiff*